IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANE MAESTAS, on behalf of
himself and on behalf of all others
similarly situated,

      Plaintiff,

v.

                                                        Civ. No. 23-607 LF/SCY

AMEZON.COM SERVICES, LLC,

      Defendant.

## ORDER TO AMEND COMPLAINT

This matter comes before the Court sua sponte, following its review of the Plaintiff's Original Class Action Complaint. Doc. 1. Plaintiff filed this proposed class action lawsuit in federal court citing diversity jurisdiction under the Class Action Fairness Act ("CAFA"). *Id.* ¶ 3. The Court has a duty to determine whether subject matter jurisdiction exists sua sponte. *See Tuck v. United States Auto. Ass'n*, 859 F.2d 842, 844 (10th Cir. 1988). A federal court's jurisdiction must clearly appear from the face of a complaint . . . ." *Whitelock v. Leatherman*, 460 F.2d 507, 514 (10th Cir. 1972).

CAFA grants federal courts subject matter jurisdiction over a class action when (1) "any member of a class of plaintiffs is a citizen of a State different from any defendant," 28 U.S.C. § 1332(d)(2)(A); (2) the proposed class consists of at least 100 members, 28 U.S.C. § 1332(d)(5)(B); and (3) the amount in controversy exceeds 5 million dollars, excluding interest and costs, 28 U.S.C. § 1332(d)(2). The allegations in Plaintiff's complaint fails to support the first element—that a "member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A).

First, Plaintiff fails to list the citizenship of any class member. *See* Doc. 1 ¶ 7 (alleging only that "Plaintiff Shane Maestas is an individual who worked for Amazon in New Mexico"). Second, Plaintiff fails to properly list the citizenship of Defendant Amazon.com Services, LLC ("Amazon"). The complaint alleges that Amazon "is a Delaware limited liability company with its principal place of business located in Seattle, Washington." Doc. 1 ¶ 9. But determining the citizenship of a limited liability company (LLC) is different from determining the citizenship of a corporation. A corporation is deemed to be a citizen of the state in which it is incorporated and in which it maintains its principal place of business. *See* § 1332(c)(1). An LLC, on the other hand, is a citizen of each and every state in which any member is a citizen. *See Siloam Springs Hotel, LLC*, 781 F.3d at 1237-38 (remanding to the district court to determine the citizenship of all the members of the plaintiff limited liability company). Plaintiff's complaint, however, does not provide any information as to the citizenship of the members of the LLC.

**IT IS HEREBY ORDERED** that Plaintiff amend his Complaint to properly allege facts sufficient for diversity jurisdiction, if such allegations can be made in compliance with the dictates of Rule 11 of the Federal Rules of Civil Procedure, no later than August 4, 2023.

**IT IS FURTHER ORDERED** that if such an amended complaint is not filed by August 4, 2023, the Court may dismiss this action without prejudice.

_____
**UNITED STATES MAGISTRATE JUDGE**